IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| C. Janine Hoyle, | ) | |
| *Debtor* | ) | Case No. 18-24291 CMB |
| | ) | Chapter 13 |
| C. Janine Hoyle, | ) | |
| *Movant* | ) | Document No.  9 |
| | ) | |
| No Respondents | ) | |

## **ORDER OF COURT**

AND NOW, to wit, this __16th__ day of _____November_____, 2018, it is hereby

ORDERED, ADJUDGED and DECREED, that the debtor, C. Janine Hoyle is hereby

granted an extension until November 29, 2018 to file a completed Chapter 13 petition and

plan.

*Carlota M. Böhm*                    dmk

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
11/16/18 11:05 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
C. Janine Hoyle
         Debtor

Case No. 18-24291-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil          Page 1 of 1          Date Rcvd: Nov 16, 2018
                             Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2018.
db             +C. Janine Hoyle,    313 Spring Street,    Latrobe, PA 15650-1932

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2018                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2018 at the address(es) listed below:
        James  Warmbrodt    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
         Liability Company bkgroup@kmllawgroup.com
        Julie Frazee Steidl    on behalf of Debtor C. Janine Hoyle julie.steidl@steidl-steinberg.com,
         leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bes
         tcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                              TOTAL: 4