IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| C. Janine Hoyle, ) | Case No. 18-24291 |
| *Debtor* ) | Chapter 13 |
| ) | |
| C. Janine Hoyle, ) | Document No. WO-1 |
| Social Security No. XXX-XX- 4583 ) | |
| *Movant* ) | Related to Docket No. 23 |
| ) | |
| *vs.* ) | |
| ) | |
| Bio-Med Appl of PA and ) | |
| Ronda J. Winnecour, Trustee ) | |
| *Respondents* ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on January 24, 2019, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Janine Hoyle
313 Spring Street
Latrobe, Pa 15650

Bio-Med Appl of PA
Attn: Payroll Dept.
920 Winter Street
Waltham, MA 02451

Date of Service: January 24, 2019

/s/ Julie Frazee Steidl
Julie Frazee Steidl, Esquire
Attorney for the Debtor

STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
Julie.steidl@steidl-steinberg.com
PA I.D. No. 35937