IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 18-24291 CMB |
| | ) | Chapter 13 |
| C. Janine Hoyle, | ) | |
| *Debtor* | ) | Related to Docket No. 36 |
| | ) | |
| C. Janine Hoyle, | ) | |
| *Movant* | ) | Related to Claim No. 4 |
| | ) | |
| vs. | ) | |
| | ) | |
| LVNV Funding, | ) | |
| *Respondent* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on March 1, 2019, a true and correct copy of the *Order of Court dated February 27, 2019* was served, postage prepaid, upon the following persons and parties:

By Regular US Mail:

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

William Andrews, Claims Processor
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Date of Service: March 1, 2019

/s/ Julie Frazee Steidl
Julie Frazee Steidl, Esquire
Attorney for the Debtors
STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
julie.steidl@steidl-steinberg.com
PA I.D. No. 35937