# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| Debtor: | C. JANINE HOYLE |
| Case Number: | 18-24291-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, MAY 02, 2019 01:30 PM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
5/6/19 1:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#18 - Final Confirmation of Plan Dated 11/26/2018 (NFC)
R / M #: 18 / 0

**Appearances:**

Debtor: Frye
Trustee: Winnecour / Pail / Katz / (DeSimone)
Creditor: Phepie : Ann Shipiro

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. __✓__ The plan payment/term is increased/extended to __1:30__, effective _____.
7. __✓__ Plan/Motion continued to __6-27-19__ at __1:30__.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. __✓__ Other:

Continue for objection to claim #5

4/25/2019    3:29:49PM