# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | C. JANINE HOYLE |
| **Case Number:** | 18-24291-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, JUNE 27, 2019  01:30 PM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
7/1/19 11:06 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#18 - Continued Confirmation of Plan Dated 11/26/2018 (NFC)
R / M #: 18 / 0

### *Appearances:*

J. Steidl (handwritten)

Debtor:
Trustee: Winnecour  (Pail)  Katz / DeSimone
Creditor:

### *Proceedings:*

SHAPIRO - PHELPE FCU (handwritten)

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to 8/29/19 at 1:30.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

6/20/2019  9:19:05AM