PROCEEDING MEMO

Date: 07/02/2019 11:00 am

In re: C. Janine Hoyle

Bankruptcy No. 18-24291-CMB
Chapter: 13
Doc. # 49

Appearances:

Movant(s): ~~Julie Frazee Steidl~~ A. Steidl, Esq. for Debtor

Respondents: James Warmbrodt, Esq. for Bayview Loan Servicing LLC
Winnecour / Pail / Katz / DeSimone

Creditor(s):

Nature of Proceeding: # 49 Objection to Claim of Bayview Loan Servicing, LLC. At claim number 5

Additional Pleadings: #50 Notice of Hearing
#53 Response to Objection

Judge's Notes:             Continued to October 11, 2019 at 10:00 am

Outcome:

\_\_\_\_\_ Motion is GRANTED \_\_\_\_\_ Order entered
\_\_\_\_\_ Motion is DENIED \_\_\_\_\_ Order entered
\_\_\_\_\_ Motion WITHDRAWN
\_\_\_\_\_ Motion is DISMISSED    Order entered
\_\_\_\_\_ Reschedule for Proper Service
\_\_\_\_\_ Case DISMISSED    Order entered
\_\_\_\_\_ Parties to submit Order/Settlement/Stipulation by \_\_\_\_\_ days
\_\_\_\_\_ CONTINUED MATTER:    \_\_\_\_\_ for at least \_\_\_\_\_ days (Court to Issue Order)
\_\_\_\_\_ to hearing date of \_\_\_\_\_
\_\_\_\_\_ ISSUE EVIDENTIARY HEARING NOTICE
\_\_\_\_\_ Discovery time needed \_\_\_\_\_ days
\_\_\_\_\_ Briefs to be filed:    Movant(s) brief due \_\_\_\_\_ days
Respondent(s) brief due \_\_\_\_\_ days
Trustee's brief due \_\_\_\_\_ days

FILED
7/2/19 3:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
C. Janine Hoyle
     Debtor

Case No. 18-24291-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dsaw      Page 1 of 1      Date Rcvd: Jul 02, 2019
                         Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2019.
db          +C. Janine Hoyle,    313 Spring Street,    Latrobe, PA 15650-1932

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2019 at the address(es) listed below:
        James Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com
        Jerome B. Blank    on behalf of Creditor    WELLS FARGO BANK, N.A. pawb@fedphe.com
        Jodi L. Hause    on behalf of Creditor    WELLS FARGO BANK, N.A. jodi.hause@phelanhallinan.com, pawb@fedphe.com
        Julie Frazee Steidl    on behalf of Debtor C. Janine Hoyle julie.steidl@steidl-steinberg.com, leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
        Natalie N. Piscione    on behalf of Creditor    PHEPLE FEDERAL CREDIT UNION f/k/a WESTMORELAND COMMUNITY FEDERAL CREDIT UNION covellilawoffices@yahoo.com, ndantonio@covellilaw.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                             TOTAL: 8