# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | C. JANINE HOYLE |
| **Case Number:** | 18-24291-CMB          **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, AUGUST 29, 2019 01:30 PM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
9/3/19 12:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#18 - Continued Confirmation of Plan Dated 11/26/2018 (NFC)

R / M #:  18 / 0

### *Appearances:*

*A. Steidl*

Debtor:
Trustee: Winnecour / Pail / Katz / DeSimone

*Shapiro for pheple*

Creditor:

*Con 't for resolution of objection to Bayview Loan*

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____ effective _____.
7. ___✔___ Plan/Motion continued to __*12/5/19*__ at __*11:30 Am*__.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set  for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*And address pheple Clam #7 which is filed as Secured.*

8/20/2019  11:47:23AM