# PROCEEDING MEMO

**Date:** 10/11/2019 10:00 am

In re: C. Janine Hoyle

Bankruptcy No. 18-24291-CMB
Chapter: 13
Doc. # 49

**Appearances:** a. steidl

**Movant(s):**

**Respondents:** James Warmbrodt, / DeSimone

**Creditor(s):**

**Nature of Proceeding:** # 49 Continued Objection to Claim of Bayview Loan Servicing, LLC. At claim number 5

**Additional Pleadings:** #50 Notice of Hearing
#53 Response to Objection

**Judge's Notes:**
-info exchanged between parties
-asking for 45 days to look over and finish

warmbrodt says ok

**Outcome:** continued to 12/4 at 11:00

FILED
10/11/19 3:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
C. Janine Hoyle
      Debtor

Case No. 18-24291-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dsaw      Page 1 of 1      Date Rcvd: Oct 11, 2019
      Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2019.
db      +C. Janine Hoyle,   313 Spring Street,   Latrobe, PA 15650-1932

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2019      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2019 at the address(es) listed below:
      James Warmbrodt   on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com
      Jerome B. Blank   on behalf of Creditor   WELLS FARGO BANK, N.A. pawb@fedphe.com
      Jodi L. Hause   on behalf of Creditor   WELLS FARGO BANK, N.A. jodi.hause@phelanhallinan.com, pawb@fedphe.com
      Julie Frazee Steidl   on behalf of Debtor C. Janine Hoyle julie.steidl@steidl-steinberg.com, leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
      Natalie N. Piscione   on behalf of Creditor   PHEPLE FEDERAL CREDIT UNION f/k/a WESTMORELAND COMMUNITY FEDERAL CREDIT UNION covellilawoffices@yahoo.com,  ndantonio@covellilaw.com
      Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
      Rebecca Solarz   on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com
      Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
      S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
      TOTAL: 9