## PROCEEDING MEMO

Date: 12/04/2019 11:00 am

In re:   C. Janine Hoyle

                                                   Bankruptcy No. 18-24291-CMB
                                                   Chapter: 13
                                                   Doc. # 49

Appearances:    Lauren Lamb, Esq.
                       James Warmbrodt, Esq.
                       DeSimone

Nature of Proceeding: #49 Continued Objection to Claim
                                of Bayview Loan Servicing, LLC. At claim number 5.

Additional Pleadings:  #50 Notice of Hearing
                             #53 Response to Objection

Judge's Notes:

*Objection withdrawn without prejudice*

*Amended Plan to be filed by January 4*
*Conciliation to be held February 6 at 1:00 pm.*

                                                         Carlota M. Böhm
                                                         Chief U.S. Bankruptcy Judge

FILED
12/4/19 2:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
C. Janine Hoyle
     Debtor

Case No. 18-24291-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dsaw     Page 1 of 1     Date Rcvd: Dec 04, 2019
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2019.
db             +C. Janine Hoyle,   313 Spring Street,   Latrobe, PA 15650-1932

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 4, 2019 at the address(es) listed below:
         James Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
          Liability Company bkgroup@kmllawgroup.com
         Jerome B. Blank    on behalf of Creditor    WELLS FARGO BANK, N.A. pawb@fedphe.com
         Jodi L. Hause    on behalf of Creditor    WELLS FARGO BANK, N.A. jodi.hause@phelanhallinan.com,
          pawb@fedphe.com
         Julie Frazee Steidl    on behalf of Debtor C. Janine Hoyle julie.steidl@steidl-steinberg.com,
          leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bes
          tcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
         Natalie N. Piscione    on behalf of Creditor    PHEPLE FEDERAL CREDIT UNION f/k/a WESTMORELAND
          COMMUNITY FEDERAL CREDIT UNION covellilawoffices@yahoo.com,   ndantonio@covellilaw.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Rebecca Solarz    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
          Liability Company bkgroup@kmllawgroup.com
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
          srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                               TOTAL: 9