# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:
- **Debtor:** C. JANINE HOYLE
- **Case Number:** 18-24291-CMB    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, DECEMBER 05, 2019 11:30 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:
#18 - Continued Confirmation of Plan Dated 11/26/2018 (NFC)
R / M #: 18 / 0

### Appearances:

A. Sheidl

- Debtor:
- Trustee: Winnecour / Pail / Katz / DeSimone
- Creditor:

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to 2/6/20 at 1:00.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

