IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| C. Janine Hoyle, | ) | |
| *Debtor* | ) | Case No. 18-24291 |
| | ) | Chapter 13 |
| C. Janine Hoyle, | ) | |
| *Movant* | ) | Document No. 63 |
| | ) | |
| No Respondents | ) | |

## ORDER OF COURT

AND NOW, to wit, this <u>2nd</u> day of <u>January</u>, 2020, it is hereby ORDERED, ADJUDGED and DECREED, that the debtor, C. Janine Hoyle is hereby granted an extension until January 10, 2020 to file an Amended Chapter 13 Plan.

Carlota M. Böhm     dmk
Chief United States Bankruptcy Court Judge

FILED
1/2/20 3:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-24291-CMB
C. Janine Hoyle                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: dsaw            Page 1 of 1           Date Rcvd: Jan 02, 2020
                            Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2020.
db            +C. Janine Hoyle,    313 Spring Street,    Latrobe, PA 15650-1932

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2020                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2020 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    WELLS FARGO BANK, N.A. pawb@fedphe.com
              Jodi L. Hause    on behalf of Creditor    WELLS FARGO BANK, N.A. jodi.hause@phelanhallinan.com,
               pawb@fedphe.com
              Julie Frazee Steidl    on behalf of Debtor C. Janine Hoyle julie.steidl@steidl-steinberg.com,
               leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bes
               tcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
              Natalie N. Piscione    on behalf of Creditor    PHEPLE FEDERAL CREDIT UNION f/k/a WESTMORELAND
               COMMUNITY FEDERAL CREDIT UNION covellilawoffices@yahoo.com,  ndantonio@covellilaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rebecca Solarz    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 9