**Form 150**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                  Bankruptcy Case No.: 18–24291–CMB

Chapter: 13
Docket No.: 67 – 66
Conciliation Conference Date: 2/6/20 at 01:00 PM

**C. Janine Hoyle**
**aka C J Hoyle**
    Debtor(s)

### **CERTIFICATE OF SERVICE**

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the __15th__ day of __January__, __2020__, I served a copy of the within *Order* together with the *Amended Plan* filed in this proceeding, by (describe the mode of service):

First Class US Mail

on the respondent(s) at (list names and addresses here):

See attached mailing matrix.

Executed on __January 15, 2020__             __/s/ Julie Frazee Steidl__
                   (Date)                                               (Signature)

Julie Frazee Steidl, Esq., Steidl & Steinberg, PC, 707 Grant Street, Suite 2830, Pittsburgh, PA 15219
    (Type Name and Mailing Address of Person Who Made Service)

```
Label Matrix for local noticing        Bayview Loan Servicing, LLC              Jerome B. Blank
0315-2                                 4425 Ponce de Leon Blvd, 5th Floor       Phelan Hallinan Diamond & Jones, LLP
Case 18-24291-CMB                      Coral Gables, FL 33146-1837              Omni William Penn Office Tower
WESTERN DISTRICT OF PENNSYLVANIA                                                555 Grant Street, Suite 300
Pittsburgh                                                                      Pittsburgh, PA 15219-4408
Wed Jan 15 14:54:42 EST 2020

Jodi L. Hause                          C. Janine Hoyle                          LVNV Funding, LLC
Phelan Hallinan Diamond & Jones, LLP   313 Spring Street                        Resurgent Capital Services
Omni William Penn Office Tower         Latrobe, PA 15650-1932                   PO Box 10587
555 Grant Street, Suite 300                                                     Greenville, SC 29603-0587
Pittsburgh, PA 15219-4408

Office of the United States Trustee    PHEPLE FEDERAL CREDIT UNION f/k/a WESTMORELA  PRA Receivables Management, LLC
Liberty Center.                        2900 SEMINARY DRIVE                      PO Box 41021
1001 Liberty Avenue, Suite 970         BUILDING G                               Norfolk, VA 23541-1021
Pittsburgh, PA 15222-3721              GREENSBURG, PA 15601-3734


Pennsylvania Dept. of Revenue          Peoples Natural Gas Company LLC          (p)PHEPLE FEDERAL CREDIT UNION
Department 280946                      c/o S. James Wallace, P.C.               2900 SEMINARY DRIVE
P.O. Box 280946                        845 N. Lincoln Ave.                      BUILDING G
ATTN: BANKRUPTCY DIVISION              Pittsburgh, PA 15233-1828                GREENSBURG PA 15601-3734
Harrisburg, PA 17128-0946

Natalie N. Piscione                    Rebecca Solarz                           Julie Frazee Steidl
Covelli Law Offices, P.C.              KML Law Group, P.C.                      707 Grant Street Suite 2830
357 Regis Avenue                       701 Market Street                        Gulf Building.
Suite #1                               Suite 5000                               Pittsburgh, PA 15219-1932
Pittsburgh, PA 15236-1451              Philadelphia, PA 19106-1541

UPMC Health Services                   S. James Wallace                         James Warmbrodt
PO Box 1123                            845 N. Lincoln Avenue                    KML Law Group, P.C.
Minneapolis, MN 55440-1123             Pittsburgh, PA 15233-1828                701 Market Street
                                                                                Suite 5000
                                                                                Philadelphia, PA 19106-1541

Wells Farg Phelan Hallinan & Schmeig   Wells Fargo Bank, N.A.                   Ronda J. Winnecour
Suite 1400                             Default Document Processing              Suite 3250, USX Tower
One Penn Center at Suburban Station    N9286-01Y                                600 Grant Street
1617 JFK Blvd.                         1000 Blue Gentian Road                   Pittsburgh, PA 15219-2702
Philadelphia, PA 19103-1814            Eagan MN 55121-7700
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Pheple Federal Credit Union
2900 Seminary Drive, Building G
Greensburg, PA 15601


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u) WELLS FARGO BANK, N.A. | (u)Bayview Loan Servicing, LLC, a Delaware Li | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| (d)Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 | (du)WELLS FARGO BANK, N.A. | End of Label Matrix<br>Mailable recipients    20<br>Bypassed recipients     5<br>Total                  25 |