IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: C. Janine Hoyle | : | Bankruptcy No. 18-24291-CMB |
| aka C. J. Hoyle | : | Chapter      13 |
| Debtor | : | |
| | : | |
| | : | Claim No. 5 |
| Movant U.S. Bank Trust National Association | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| Respondent (if none, then "No Respondent") | : | |
| No Respondent | | |

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

Creditor Name: Selene Finance LP

Incorrect Address: 9990 Richmond Ave. Suite 400 South
Houston TX 77042

Corrected Address:

Creditor Name: Selene Finance LP

Correct Address: 3501 Olympus Blvd, Suite 500
Dallas, TX 75019

Dated: June 1, 2022

/s/ Charles G. Wohlrab
Electronic Signature of Debtor(s)' Attorney

Charles G. Wohlrab, Esq.
Typed Name

10700 Abbott's Bridge Rd, Ste. 170, Duluth, GA  30097
Address

(470) 321-7112 Ext. 257
Phone No.

314532
Bar I.D. and State of Admission

## **CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that on June 6, 2022, I electronically filed the Request for Notice with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

**C. Janine Hoyle**
313 Spring Street
Latrobe, PA 15650

**Julie Frazee Steidl**
707 Grant Street Suite 2830
Gulf Building.
Pittsburgh, PA 15219

*Trustee*
**Ronda J. Winnecour**
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

*U.S. Trustee*
**Office of the United States Trustee**
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

By: /s/ Laura Stewart