# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**IN RE: C. JANINE HOYLE**              )
                                         )  **Case No. 18-24291-CMB**
                                         )
                                         )  **Chapter 13**
                    **Debtor(s).**       )
_____          )
                                         X

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☒    a motion to dismiss case or certificate of default requesting dismissal

☐    a plan modification sought by: _____

☐    a motion to lift stay
     as to creditor        _____

☐    Other:                _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Chapter 13 Plan dated _____
☒ Amended Chapter 13 Plan dated January 13, 2020

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒    Debtor(s) Plan payments shall be changed from $2024 to $2661 per month,

      effective 10/22; and/or the Plan term shall be changed from \_\_\_ months to \_\_\_\_ months.                                                              .

☐      In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐      Debtor(s) shall file and serve _____ on or before _____.

☐      If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐      If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒      Other:

➢ Trustee's Certificate of Default (at Doc 102) is treated as resolved by this Order.

      **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

      **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this 30th day of September, 2022

_____
United States Bankruptcy Judge  dmk

Stipulated by:                          Stipulated by:

/s/ Julie Frazee Steidl                 /s/ Owen W. Katz
Counsel to Debtor                       Counsel to Chapter 13 Trustee

                                        FILED
                                        9/30/22 1:56 pm
Stipulated by:                          CLERK
                                        U.S. BANKRUPTCY
                                        COURT - WDPA
_____
Counsel to affected creditor


cc:  All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
C. Janine Hoyle  
Debtor

Case No. 18-24291-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3  
Date Rcvd: Sep 30, 2022     Form ID: pdf900     Total Noticed: 16

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | C. Janine Hoyle, 313 Spring Street, Latrobe, PA 15650-1932 |
| cr | + | Fifth Third Bank, National Association as Successo, 10700 Abbott's Bridge Rd., Suite 170, Duluth, GA 30097, UNITED STATES 30097-8461 |
| cr | + | PHEPLE FEDERAL CREDIT UNION f/k/a WESTMORELAND COM, 230 THEOBOLD AVENUE, GREENSBURG, PA 15601-5536 |
| cr | + | U.S. Bank National Association, not in its individ, Friedman Vartolo, LLP, 1325 Franklin Ave., Ste 160, Garden City, NY 11530-1631 |
| 15047929 | ++ | PHEPLE FEDERAL CREDIT UNION, 2900 SEMINARY DRIVE, BUILDING G, GREENSBURG PA 15601-3734 address filed with court:, Pheple Federal Credit Union, 230 Theobold Avenue, Greensburg, PA 15601 |
| 15380103 | + | U.S. Bank National Association, not in its, Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14942549 | | Wells Farg Phelan Hallinan & Schmeig, Suite 1400, One Penn Center at Suburban Station, 1617 JFK Blvd., Philadelphia, PA 19103-1814 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkenotice@rushmorelm.com | Sep 30 2022 23:53:00 | Rushmore Loan Management Services, PO Box 55004, Irvine, CA 92619-5004 |
| 14973821 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Sep 30 2022 23:53:00 | Bayview Loan Servicing, LLC,, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1839 |
| 15300965 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 30 2022 23:53:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 14973817 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 01 2022 00:00:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14942996 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 01 2022 00:00:03 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14970237 | + | Email/Text: ebnpeoples@grblaw.com | Sep 30 2022 23:53:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15354793 | + | Email/Text: bkenotice@rushmorelm.com | Sep 30 2022 23:53:00 | U.S. Bank National Association, et al., c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 15420846 | + | Email/Text: bkteam@selenefinance.com | Sep 30 2022 23:53:00 | U.S. Bank Trust National Association, Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Attn: BK Dept, Houston TX 77042-4546 |
| 14967416 | ^ | MEBN | Sep 30 2022 23:50:05 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14972557 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |

Case 18-24291-CMB   Doc 111   Filed 10/02/22   Entered 10/03/22 00:23:54   Desc
Imaged Certificate of Notice   Page 5 of 6

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 30, 2022 | Form ID: pdf900 | Total Noticed: 16 |

| | | Sep 30 2022 23:59:57 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC, a Delaware Limited Li |
| cr | | Community Loan Servicing, LLC |
| cr | | Community Loan Servicing, LLC |
| cr | | Community Loan Servicing, LLC fka Bayview Loan Ser |
| cr | | U.S. Bank National Association, not in its individ |
| cr | | U.S. Bank Trust National Association |
| cr | | WELLS FARGO BANK, N.A. |
| cr | | WELLS FARGO BANK, N.A. |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14972557 | ##+ | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |

TOTAL: 8 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2022          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Community Loan Servicing LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Community Loan Servicing LLC fka Bayview Loan Servicing, LLC bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor Fifth Third Bank National Association as Successor by merger to Fifth Third Mortgage Company cwohlrab@raslg.com |
| Charles Griffin Wohlrab | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT cwohlrab@raslg.com |
| Charles Griffin Wohlrab | on behalf of Creditor U.S. Bank Trust National Association cwohlrab@raslg.com |
| Jerome B. Blank | on behalf of Creditor WELLS FARGO BANK N.A. pawb@fedphe.com |

| | |
|---|---|
| Julie Frazee Steidl | on behalf of Debtor C. Janine Hoyle julie.steidl@steidl-steinberg.com leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Lauren Moyer | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT lmoyer@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Natalie Norina Piscione | on behalf of Creditor PHEPLE FEDERAL CREDIT UNION f/k/a WESTMORELAND COMMUNITY FEDERAL CREDIT UNION covellilawoffices@yahoo.com  ndantonio@covellilaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor WELLS FARGO BANK  N.A. pawb@fedphe.com |

TOTAL: 14