**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>C. JANINE HOYLE<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:18-24291<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/01/2018 and confirmed on 01/31/2019 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 85,527.79 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 85,522.79 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,900.00 | |
|    Trustee Fee | 4,229.00 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,129.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   US BANK TRUST NA - OWNER TRUSTEE F | 0.00 | 18,421.57 | 0.00 | 18,421.57 |
|     Acct: 2508 | | | | |
|   US BANK NA - TRUSTEE | 0.00 | 29,020.05 | 0.00 | 29,020.05 |
|     Acct: 1968 | | | | |
|   US BANK NA - TRUSTEE | 15,631.33 | 11,699.96 | 0.00 | 11,699.96 |
|     Acct: 1968 | | | | |
|   US BANK TRUST NA - OWNER TRUSTEE F | 3,831.40 | 2,867.79 | 0.00 | 2,867.79 |
|     Acct: 2508 | | | | |
|   PHEPLE FEDERAL CREDIT UNION | 5,742.22 | 2,857.44 | 1,080.91 | 3,938.35 |
|     Acct: 5565 | | | | |
|   PHEPLE FEDERAL CREDIT UNION | 10,665.17 | 10,665.17 | 780.90 | 11,446.07 |
|     Acct: 5565 | | | | |
| | | | | 77,393.79 |
| Priority | | | | |
|   JULIE FRAZEE STEIDL ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   C. JANINE HOYLE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 18-24291 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
|   C. JANINE HOYLE | 5.00 | 5.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,900.00 | 3,900.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 1,000.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
|   AMERIMARK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5003 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 4,473.43 | 0.00 | 0.00 | 0.00 |
|     Acct: 3537 | | | | |
|   SOUTHWEST CREDIT SYSTEMS* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4724 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2238 | | | | |
|   UPMC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5204 | | | | |
|   UPMC HEALTH SERVICES | 124.74 | 0.00 | 0.00 | 0.00 |
|     Acct: 4583 | | | | |
|   LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6258 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2238 | | | | |
|   BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMAS SONG ESQ FOR JODI L HAUSE I | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   EDWARD AND JUDY BIZICH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NATALIE PISCIONE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | * * * N O N E * * * | | | |

**TOTAL PAID TO CREDITORS**                                                                77,393.79

  TOTAL CLAIMED
  PRIORITY            0.00
  SECURED        35,870.12
  UNSECURED       4.598.17

Date: 04/11/2023                                    /s/ Ronda J. Winnecour
                                                    RONDA J WINNECOUR PA ID #30399
                                                    CHAPTER 13 TRUSTEE WD PA
                                                    600 GRANT STREET
                                                    SUITE 3250 US STEEL TWR
                                                    PITTSBURGH, PA  15219
                                                    (412) 471-5566
                                                    cmecf@chapter13trusteewdpa.com